**David B. Lowry**
KP Law LLC
16200 SW Pacific Hwy, Suite H-233
Portland, OR 97224
(503) 245-6309
OSB NO. 73372
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| Barbara A. Bolster,<br>　　　　Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE<br>COMMISSIONER of Social Security,<br>　　　　Defendant | Civil Action No. 3: 11-cv-00421-MO<br><br><br>ORDER GRANTING AWARD<br>OF EAJA FEES, EXPENSES<br>COSTS |

ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. §

the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in <u>Astrue v Ratliff,</u>

U.S. (2010), it is hereby ordered that EAJA attorney's fees of $3,959.75 and expenses

$ 4.98 and costs of $ 9.25, shall be paid to the Plaintiff, and mailed to the attorney's office.

　　　Done this  13th  day of        July        , 2012.

　　　　　　　　　　　　　　　　　s/ Michael W. Mosman
　　　　　　　　　　　　　　　　　　　　　　　Judge

Presented by:

s/David B. Lowry       -
David B. Lowry OSB 73372
Attorney for Plaintiff
16200 SW Pacific Hwy., Suite H280
Portland, OR 97224