**David B. Lowry**
KP Law LLC
16200 SW Pacific Hwy, Suite H-233
Portland, OR 97224
(503) 245-6309
OSB NO. 73372
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Barbara A. Bolster,
        Plaintiff,                        Civil Action No. 3: 11-cv-00421-MO
vs.

MICHAEL J. ASTRUE                  ORDER GRANTING AWARD
COMMISSIONER of Social Security,     OF EAJA FEES, EXPENSES
             **Defendant**    /        COSTS

ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. §

the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in <u>Astrue v Ratliff,</u>

U.S. (2010), it is hereby ordered that EAJA attorney's fees of $3,959.75 and expenses

$ 4.98 and costs of $ 9.25, shall be paid to the Plaintiff, and mailed to the attorney's office.

Done this  13th  day of        July        , 2012.
                                     s/ Michael W. Mosman
                                               Judge

Presented by:

s/David B. Lowry      -
David B. Lowry OSB 73372
Attorney for Plaintiff
16200 SW Pacific Hwy., Suite H280
Portland, OR 97224